968 A.2d 763

**Dontae HARRIS a/k/a Donnie Harris, Appellant**

v.

**The PENNSYLVANIA BOARD OF PROBATION AND PAROLE; The Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

April 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the Order of the Commonwealth Court is **AFFIRMED.**